UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MANUEL and ROSA GOMES,    No. 12-11352

                        Debtor(s).
_____/

Memorandum on Motion to Dismiss Chapter 12;
Order to Show Cause
_____

      Debtors Manuel and Rosa Gomes filed their Chapter 12 petition on May 14, 2012. They filed their plan on August 13, 2012, but no plan has been confirmed. The Chapter 12 Trustee has moved for dismissal, arguing that the Debtors are not eligible for Chapter 12.

      At first review, it appears that the Debtors are eligible for Chapter 12. The Trustee argues that their business is nothing more than a licensed labor contractor and is only a service business. However, the declaration of Manuel Gomes refutes these allegations, and the Trustee has declined the opportunity to cross-examine him.

      The court would spend more time and make a more detailed analysis, but it seems pointless in this case. Pursuant to § 1224 of the Bankruptcy Code, the deadline for confirmation of a plan was September 27, 2012, more than two months ago. The Trustee indicates that the Debtors have not even produced their tax returns for 2009 and 2010, let alone achieved confirmation. Eligibility does not matter because the case must be dismissed pursuant to § 1224 anyway.

1

The debtors are hereby ordered to appear before the court on December 12, 2012, at 10:00 A.M., then and there to show cause, if any they have, why this case should not be dismissed for failure to obtain confirmation of a plan within the time allowed.

Dated: December 4, 2012

Alan Jaroslovsky
U.S. Bankruptcy Judge

2